UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                  CIVIL ACTION

VERSUS

THANG MINH TRAN                                  NO.: 12-00084-BAJ-RLB

### RULING AND ORDER

Before the Court is Defendant Thang Minh Tran's **Motion to Vacate, Set Aside, Or Correct Sentence Pursuant to Title 28, United States Code, Section 2255 (Doc. 141)**. The Magistrate Judge issued a **Report and Recommendation (Doc. 153)**, recommending that the Court deny Defendant's motion. Defendant timely filed objections to the Magistrate Judge's Report. (Doc. 154).

Having carefully considered Defendant's **Motion to Vacate, Set Aside, Or Correct Sentence Pursuant to Title 28, United States Code, Section 2255 (Doc. 141)** and related filings—including Defendant's objections—the Court **APPROVES** the Magistrate Judge's **Report and Recommendation (Doc. 153)** and **ADOPTS** it as the Court's opinion in this matter.

Accordingly, for the reasons explained in the Magistrate Judge's Report (Doc. 153),

IT IS ORDERED that Defendant's Motion to Vacate, Set Aside, Or Correct Sentence Pursuant to Title 28, United States Code, Section 2255 (Doc. 141) is DENIED.

Baton Rouge, Louisiana, this 11th day of October, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA